1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant DOMINGO CLIMACO RODRIGUEZ
6

7

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR-12 00471 YGR [DMR]
                                    )
12              Plaintiff,          )   STIPULATION AND ORDER
                                    )   MODIFYING RELEASE CONDITIONS
13 vs.                              )
                                    )
14 DOMINGO CLIMACO RODRIGUEZ,       )
                                    )
15              Defendant.          )
   _____)
16

17
           Domingo Climaco Rodriguez is out of custody in this matter.  He presently is fully
18
   compliant with his release conditions and is subject to electronic monitoring and a curfew while
19
   living with his mother.
20
           Mr Rodriguez would like to attend his niece's quinceañera, a traditional cultural
21
   celebration of a young latina woman's fifteenth birthday.  The celebration will take place on
22
   Saturday, August 11, 2012, at 5117 International Boulevard in Oakland.  Mr Rodriguez would
23
   like to be present at the celebration starting at 5:00 p.m. and return home by 11:00 p.m.
24
           IT IS THEREFORE STIPULATED AND AGREED that the terms of Domingo Climaco
25
   Rodriguez's release conditions be modified such that he may attend the celebration of his niece's
26

   STIP/ORD                         1

fifteenth birthday on August 11, 2012, provided that he leaves his residence no earlier than 4:45 p.m and returns no later than 11:00 p.m. Mr Rodriguez shall continue to abide by existing conditions of his release, and such other conditions as Pretrial Services may deem appropriate.

Dated: August 8, 2012

/s/
_____
JAMES MANN
Assistant United States Attorney

Dated: August 8, 2012

/s/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Dated: August 8, 2012

/s/
_____
VICTORIA GIBSON
U.S. Pretrial Services Officer

Good cause appearing therefor, IT IS ORDERED That Domingo Climaco Rodriguez's release conditions be modified such that he may attend the celebration of his niece's fifteenth birthday on August 11, 2012, provided that he leaves his residence no earlier than 4:45 p.m and returns no later than 11:00 p.m. Mr Rodriguez shall continue to abide by existing conditions of his release, and such other conditions as Pretrial Services may deem appropriate.

Dated: August 9, 2012

_____
DONNA M. RYU
United States Magistrate Judge