MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MAUREEN C. ONYEAGBAKO (CABN 238419)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone:  (510) 637-3680
   Fax:        (510) 637-3724
   E-Mail:    Maureen.Onyeagbako@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DOMINGO CLIMACO RODRIGUEZ,<br>    a/k/a Antonio Climaco Rodriguez,<br>    a/k/a Antonio Climaco,<br>    a/k/a Anthony Climaco Rodriguez,<br>    a/k/a Domingo A. Rodriguez-Climaco<br>    a/k/a Domingo Rodriguez,<br><br>    Defendant. | No. CR 12-00471 YGR<br><br>ORDER GRANTING STIPULATION RE: REMAND PENDING SENTENCING; [PROPOSED] ORDER |

IT IS HEREBY STIPULATED, by and between the parties to this action, through their undersigned counsel, as follows:

1. The parties appeared before the Court on September 27, 2012, for defendant Domingo Climaco Rodriguez's change of plea pursuant to an agreement under Federal Rule of Criminal Procedure 11(c)(1)(C). At the change of plea hearing, counsel for both parties argued the issue of whether Defendant may remain out of custody pending sentencing or should be

STIP. RE: REMAND; [PROPOSED] ORDER
CR 12-00471 YGR

1  remanded to the custody of the United States Marshal immediately upon entry of his guilty plea.

2      2.      The Court ordered briefing and scheduled an October 25, 2012 hearing date on the
3  remand issue.  The Court also permitted Defendant to remain out of custody under the terms of
4  his pre-trial release.

5      4.      The parties have now reached an agreement and stipulate that Defendant may
6  remain out of custody under the terms of his pre-trial release pending sentencing.  The parties
7  have not reached an agreement on whether Defendant will remain out of custody after a sentence
8  has been ordered.

9      5.      For these reasons, the parties respectfully request that the Court not remand
10 Defendant to custody before sentencing on January 10, 2013, and vacate the briefing schedule
11 and October 25, 2012 hearing date on the remand issue.

                                                          Respectfully Submitted

Dated:  October 3, 2012                                   /s/
                                                          MAUREEN C. ONYEAGBAKO
                                                          Special Assistant United States Attorney


Dated:  October 3, 2012                                   /s/
                                                          JEROME E. MATTHEWS
                                                          Counsel for Defendant

//
//
//
///
//
//
//
//
//

STIP. RE: REMAND; [PROPOSED] ORDER
CR 12-00471 YGR

**[PROPOSED] ORDER**

Based on the reasons provided in the Stipulation re: Remand Pending Sentencing, and good cause appearing, IT IS HEREBY ORDERED that Defendant Domingo Climaco Rodriguez, who entered a guilty plea on September 27, 2012, may remain out of custody and subject to the terms of his pre-trial release conditions pending sentencing on January 10, 2013.

IT IS FURTHER ORDERED that the briefing schedule and October 25, 2012 hearing date on the remand issue are vacated.

IT IS SO ORDERED.

Dated: October 4, 2012

_____
HONORABLE YVONNE GONZALEZ ROGERS
United States District Judge

STIP. RE: REMAND; [PROPOSED] ORDER
CR 12-00471 YGR

3