1  STEVEN G. KALAR
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500

Counsel for Defendant DOMINGO CLIMACO RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-12 00471 YGR [DMR] |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER MODIFYING RELEASE CONDITIONS |
| vs. | ) | |
| DOMINGO CLIMACO RODRIGUEZ, | ) | |
| Defendant. | ) | |

     Domingo Climaco Rodriguez is out of custody in this matter. He presently is fully compliant with his release conditions and is subject to electronic monitoring and a curfew while living with his mother.

     Mr Rodriguez would like to spend part of the Christmas holiday with his girlfriend, Candy Cruz, who lives at 9302 International Boulevard, Apartment 8, Oakland, California, and part of the Christmas holiday with his sister, Anna Rodriguez, who lives at 2087 87th Avenue, Oakland, California.

     IT IS THEREFORE STIPULATED AND AGREED that the terms of Domingo Climaco Rodriguez's release conditions be modified such that he may visit with his girlfriend on 24

STIP/ORD                                                1

December 2012, provided that he leaves his residence no earlier than 2:00 p.m. and returns no later than 11:30 p.m.  Mr Rodriguez may spend time with his sister on 25 December 2012, provided that he leaves his residence no earlier than 2:00 p.m. and returns home no later than 11:00 p.m.  Mr Rodriguez shall continue to abide by existing conditions of his release, and such other conditions as Pretrial Services may deem appropriate.

/s/

Dated: December 3, 2012  _____
MAUREEN ONYEAGBAKO
Assistant United States Attorney

/s/

Dated: December 3, 2012  _____
JEROME E. MATTHEWS
Assistant Federal Public Defender

/s/

Dated: December 3, 2012  _____
VICTORIA GIBSON
U.S. Pretrial Services Officer

Good cause appearing therefor, IT IS ORDERED that Domingo Climaco Rodriguez's release conditions be modified such that he may visit with his girlfriend on 24 December 2012, provided that he leaves his residence no earlier than 2:00 p.m. and returns no later than 11:30 p.m.  Mr Rodriguez may spend time with his sister on 25 December 2012, provided that he leaves his residence no earlier than 2:00 p.m. and returns home no later than 11:00 p.m.  Mr Rodriguez shall continue to abide by existing conditions of his release, and such other conditions as Pretrial Services may deem appropriate.

Dated: December  4 , 2012  _____
DONNA M. RYU
United States Magistrate Judge

STIP/ORD                                                                2